# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In re: SHERRELL, SHAUNITA MARIE      §   Case No. 14-09604
                                                          §
                                                          §
Debtor(s)                                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    PAUL D. GRESK, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,611.00              Assets Exempt: $1,913.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,002.70     Claims Discharged
                                                                Without Payment: $16,064.74

Total Expenses of Administration: $537.90

---

    3) Total gross receipts of $ 1,540.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,540.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,365.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 537.90 | 537.90 | 537.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 13,203.00 | 10,136.44 | 10,136.44 | 1,002.70 |
| **TOTAL DISBURSEMENTS** | $23,568.00 | $10,674.34 | $10,674.34 | $1,540.60 |

4)  This case was originally filed under Chapter 7 on October 16, 2014. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2015          By: /s/PAUL D. GRESK
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| WOODFOREST BANK JOINT WITH DAUGHTER | 1129-000 | 663.91 |
| 2014 TAX REFUND | 1124-000 | 876.69 |
| **TOTAL GROSS RECEIPTS** | | **$1,540.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED-1 | Wells Fargo Auto Finance, Inc. - AFG National | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Wells Fargo | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Wells Fargo Financial | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Wffinancial | 4110-000 | 10,365.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,365.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL D. GRESK | 2100-000 | N/A | 385.15 | 385.15 | 385.15 |
| PAUL D. GRESK | 2200-000 | N/A | 142.75 | 142.75 | 142.75 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $537.90 | $537.90 | $537.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,857.00 | 1,900.91 | 1,900.91 | 188.04 |
| 2 -1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,014.00 | 1,069.24 | 1,069.24 | 105.77 |
| 3 -1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 523.00 | 568.44 | 568.44 | 56.23 |
| 4 -1 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | N/A | 3,577.12 | 3,577.12 | 353.84 |
| 5 -1 | CAPITAL ONE NA | 7100-000 | 190.00 | 268.77 | 268.77 | 26.59 |
| 6 -1 | CREDIT FIRST/CFNA | 7100-000 | 921.00 | 936.92 | 936.92 | 92.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 7 -1 CAPITAL RECOVERY V, LLC | 7100-000 | 906.00 | 905.78 | 905.78 | 89.60 |
| 8 -1 CAPITAL RECOVERY V, LLC | 7100-000 | 554.00 | 601.46 | 601.46 | 59.50 |
| 9 -1 AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 307.00 | 307.80 | 307.80 | 30.45 |
| NOTFILED-1 AT&T-Mobility | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 AT&T-Mobility | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 EOS CCA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Fashion Bug/soanb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 EOS CCA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 GECRB/ Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 First Premier Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 AT&T-Bankruptcy Department* | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Macy's | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 EOS CCA | 7100-000 | 1,315.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Comcast Cablevision - Indianapolis c/o Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Comcast | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Ge Money Bank/JC Penney | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Eastern Account System INC. | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Macy's GE Capital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Dsnb Macys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Comcast Cable | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Kohl's Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 JC Penney Bankruptcy Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Target* Bankruptcy Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Target National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Torres Crdit Tcs Inc. | 7100-000 | 214.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Citizens Energy Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Citizens Energy Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Wffinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Torres Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Target National Bank c/o Special Credit Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Santader Consumer Finance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Walmart | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 GE Money Bank/Walmart | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Dsnb Macys | 7100-000 | 134.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED-1 | Mid America Clinical Labs | 7100-000 | 27.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Kohl's Credit / Recovery* | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Santander Consumer Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Pike Medical Consultants | 7100-000 | 98.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | GECRB/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Mid America Clinical Labs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Direct TV | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | AFNI | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | DIRECTV | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | RPM | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | RPM | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Springleaf | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | American General Financial/Springleaf | 7100-000 | 4,821.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | AFNI | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Springleaf Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Capital One Bk (USA), NA* | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Capital One Bank* | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Credit Collection Services Two Wells Avenue, Dept AMFAM | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Bright House Networks c/o Credit Protection Assoc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Balanced Healthcare Receivables LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Mid America Clinical Labs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Credit First | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Mid America Clinical Labs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Bright House Networks | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Bright House Networks c/o Credit Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Comenity Bank/fashbug | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Capital One Auto Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Comenity Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Comenity Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Fashion Bug* | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Crd Prt Asso | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Value City Furniture | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Credit One Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$13,203.00** | **$10,136.44** | **$10,136.44** | **$1,002.70** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-09604  
**Case Name:** SHERRELL, SHAUNITA MARIE  

**Trustee:** (340550) PAUL D. GRESK  
**Filed (f) or Converted (c):** 10/16/14 (f)  
**§341(a) Meeting Date:** 12/03/14  

**Period Ending:** 08/19/15  
**Claims Bar Date:** 04/02/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WOODFOREST BANK JOINT WITH DAUGHTER | 20.00 | 663.91 | | 663.91 | FA |
| 2 | USED FURNITURE AND HOUSEHOLD GOODS | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | CLOTHING | 250.00 | 0.00 | OA | 0.00 | FA |
| 4 | COSTUME JEWELRY | 50.00 | 0.00 | OA | 0.00 | FA |
| 5 | LIFE INSURANCE TERM ONLY | 0.00 | 0.00 | OA | 0.00 | FA |
| 6 | 403B NCAA | 263.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2014 TAX REFUND | Unknown | 876.69 | | 876.69 | FA |
| 8 | 2009 CHEVY IMPALA | 5,048.00 | 0.00 | OA | 0.00 | FA |
| 8 | **Assets   Totals** (Excluding unknown values) | **$6,631.00** | **$1,540.60** | | **$1,540.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/2014 - NOTICE OF POSSIBLE ASSETS FILED.

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):** May 12, 2015 (Actual)

August 19, 2015  
Date

/s/ PAUL D. GRESK  
PAUL D. GRESK

Printed: 08/19/2015 12:04 PM    V.13.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-09604
**Case Name:** SHERRELL, SHAUNITA MARIE
**Taxpayer ID #:** **-***6219
**Period Ending:** 08/19/15

**Trustee:** PAUL D. GRESK (340550)
**Bank Name:** Rabobank, N.A.
**Account:** ******1666 - Checking Account
**Blanket Bond:** $57,318,324.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/01/15 | | UNITED STATES TREASURY | TAX REFUNDS | | | 1,502.00 | | 1,502.00 |
| | {7} | | TAX REFUND | 876.69 | 1124-000 | | | 1,502.00 |
| | {1} | | BANK ACCT | 625.31 | 1129-000 | | | 1,502.00 |
| 04/28/15 | {1} | SHAUNITA MARIE SHERRELL | STATE TAX REFUND CHECK | | 1129-000 | 38.60 | | 1,540.60 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,530.60 |
| 07/02/15 | 101 | PAUL D. GRESK | Dividend paid 100.00% on $385.15, Trustee Compensation;  Reference: | | 2100-000 | | 385.15 | 1,145.45 |
| 07/02/15 | 102 | PAUL D. GRESK | Dividend paid 100.00% on $142.75, Trustee Expenses;  Reference: | | 2200-000 | | 142.75 | 1,002.70 |
| 07/02/15 | 103 | QUANTUM3 GROUP LLC AS AGENT FOR | Dividend paid  9.89% on $1,900.91; Claim# 1-1; Filed: $1,900.91; Reference: | | 7100-000 | | 188.04 | 814.66 |
| 07/02/15 | 104 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid  9.89% on $1,069.24; Claim# 2-1; Filed: $1,069.24; Reference: | | 7100-000 | | 105.77 | 708.89 |
| 07/02/15 | 105 | CAPITAL ONE BANK (USA), N.A. | Dividend paid  9.89% on $568.44; Claim# 3-1; Filed: $568.44; Reference: | | 7100-000 | | 56.23 | 652.66 |
| 07/02/15 | 106 | SPRINGLEAF FINANCIAL SERVICES | Dividend paid  9.89% on $3,577.12; Claim# 4-1; Filed: $3,577.12; Reference: | | 7100-000 | | 353.84 | 298.82 |
| 07/02/15 | 107 | CAPITAL ONE NA | Dividend paid  9.89% on $268.77; Claim# 5-1; Filed: $268.77; Reference: | | 7100-000 | | 26.59 | 272.23 |
| 07/02/15 | 108 | CREDIT FIRST/CFNA | Dividend paid  9.89% on $936.92; Claim# 6-1; Filed: $936.92; Reference: | | 7100-000 | | 92.68 | 179.55 |
| 07/02/15 | 109 | CAPITAL RECOVERY V, LLC | Dividend paid  9.89% on $905.78; Claim# 7-1; Filed: $905.78; Reference: | | 7100-000 | | 89.60 | 89.95 |
| 07/02/15 | 110 | CAPITAL RECOVERY V, LLC | Dividend paid  9.89% on $601.46; Claim# 8-1; Filed: $601.46; Reference: | | 7100-000 | | 59.50 | 30.45 |
| 07/02/15 | 111 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid  9.89% on $307.80; Claim# 9-1; Filed: $307.80; Reference: | | 7100-000 | | 30.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 1,540.60 | 1,540.60 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 1,540.60 | 1,540.60 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$1,540.60** | **$1,540.60** | |

{} Asset reference(s)

Printed: 08/19/2015 12:04 PM    V.13.23

Case 14-09604-RLM-7A   Doc 26   Filed 08/25/15   EOD 08/25/15 10:20:12   Pg 9 of 9

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-09604 | | Trustee: | PAUL D. GRESK (340550) |
| --- | --- | --- | --- | --- |
| Case Name: | SHERRELL, SHAUNITA MARIE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***6219 | | Blanket Bond: | $57,318,324.00 (per case limit) |
| Period Ending: | 08/19/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
| | | | **Checking # ******1666** | | 1,540.60 | 1,540.60 | 0.00 |
| | | | | | $1,540.60 | $1,540.60 | $0.00 |

August 19, 2015                                   /s/ PAUL D. GRESK
_____                               _____
       Date                                       PAUL D. GRESK

{} Asset reference(s)                                    Printed: 08/19/2015 12:04 PM    V.13.23